IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ROEGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:21-CV-02995 |
| BRAHMBHATT BANSIKUMAR and | ) | |
| ALYWA COMPUTER CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITH PREJUDICE

Plaintiff, RICHARD ROEGNER ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendants, BRAHMBHATT BANSIKUMAR and ALYWA COMPUTER CORP., with Prejudice.

Respectfully submitted this 29th day of November, 2021.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on November 29, 2021 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479