UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ROEGNER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02995 |
| BRAHMBHATT BANSIKUMAR, *et al*, | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed November 29, 2021 (DOC # 8), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

It is so ORDERED. 12/02/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge